UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD C. EVERETT,

    Plaintiff,

v.

PATTERSON, et al.,

    Defendants.

No. 2:18-cv-01082 CKD P

ORDER

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On November 15, 2018, plaintiff's complaint was dismissed with leave to file an amended complaint within 30 days. ECF No. 18. On November 19, 2018, plaintiff sent a letter to this court indicating his desire to file an amended complaint. ECF No. 21. However, plaintiff has yet to file an amended complaint. The court will sua sponte construe plaintiff's letter as a request for an extension of time to file an amended complaint. So construed, the motion will be granted. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's request for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file a first amended complaint. Failure to file an amended complaint within 30 days will result in a recommendation that this action be dismissed.

////

Dated: December 27, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/ever1082.36(1).docx